Paul H. Reitman and Nell Reitman, Wife, Appellees, v. George D. Poulakidas Sons, Inc., and George Poulos, Appellants.

Gen. No. 43,850.

opinion filed February 20, 1947; released for publication March 28, 1947. Irving Breakstone, for appellants; Ignatz Spitz, for appellees. Opinion by JUSTICE SCANLAN. Not to be published in full.